# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOSE MEDINA,

Petitioner,

v.

WARDEN, CALIFORNIA CITY DETENTION FACILITY,

Respondents.

Case No. 1:26-cv-08887-KES-SAB-HC

ORDER DIRECTING RESPONDENTS TO COMPLY WITH NOVEMBER 2, 2026 ORDER AND FILE FORM I-213

Petitioner is a federal immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On November 2, 2026, the Court issued an order to respond directing Respondents, in pertinent part, to file "all relevant portions of Petitioner's Alien File and any and all other documentation relevant to the determination of the issues raised in the Petition, **including Form I-213**" within twenty-one days. (ECF No. 5 at 2 (emphasis in original).) On November 23, 2026, Respondents filed a motion to dismiss. (ECF No. 8.) Respondents did not file the Form I-213.

Accordingly, the Court HEREBY ORDERS that within **seven (7) days** of the date of service of this order, Respondents SHALL FILE a copy of Petitioner's Form I-213.

IT IS SO ORDERED.

Dated: **November 24, 2026**

STANLEY A. BOONE
United States Magistrate Judge